# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

~FILED~

Daniel L. Scarpinato, )
_____ )
PLAINTIFF )
*[Type or print your name on the line above]* )
 )
       v. )
Anthony Watson )
_____, )
DEFENDANT )
*[Type or print only the name of the first* )
*person you are suing. List everyone you* )
*are suing on page 2.]* )

JUL 1 5 2016

At_____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Cause No. 3:15-CV-509

*[Leave this blank, the clerk will*
*supply the cause number when*
*your case is received.]*

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. Daniel    L    Scarpinato      179500
   Name: First   Middle   Last         Offender Number

2. Where are you being held: Indiana State Prison
   *[name the prison or jail where you are incarcerated]*

3. What is the address: 1 Park Row Michigan City
   IN 46360

3a. What is the telephone number: (219) 874-7256 Ex 1999

4. Did the things that you are suing about happen in the place listed above:

   ☒ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☒ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: __2__

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

\# Defendant's Name     Job Title/Government Agency       Work Address

1. Anthony Watson   Lieutenant Officer   Michigan City IN / Park Row
2. S. Haugh        Lieutenant Officer   Michigan City / Park Row 46360

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☑ YES     ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☒ YES *[Attach the response from the final step of the grievance process.]*

☐ NO *[Explain why you did not file a grievance.]* _____

_____
_____
_____
_____

2

**OFFENDER COMPLAINT – INFORMAL PROCESS LEVEL**
State Form 52897 (R2 / 4-15)
DEPARTMENT OF CORRECTION

INSTRUCTIONS: Offender completes Section I ONLY and sends the form to the appropriate department. If a response is not received, the offender is to contact his/her caseworker.

## SECTION 1 – OFFENDER COMPLAINT (To be completed by offender.)

*Information is required.*

Name of offender*: Daniel Scarpinato
DOC number*: 179508
Housing assignment*: IDU-126
Job*: Idle

List the department OR the name of the staff person(s) about which you are complaining, if any.*
Lt. Watson, Lt. Huff, Ms. Smith

Provide a brief explanation of your complaint.* (Your complaint MUST be legible. Multi-page statements are NOT acceptable.)

During my stay in SMC room #1 I was subject to cruel and unusual punishment. I was forced to go over 72 hours without a shower. At times I was left with the only option of wearing the same "whites", T-shirt, boxers, socks. Due to staffs refusal to provide clean linen. Staff also refused to clean my blankets after over a week. I caught scabes from sitting in the filth of this enviornment and had to pay to be treated due to staffs neg-

Signature of offender: Daniel Scarpinato
Date: 7-10-15

## SECTION 2 – REVIEWING STAFF
(To be completed by department head or custody supervisor. Response is due within five (5) business days.)

I, _____, have reviewed the above informal complaint and recommend:
Printed name

☐ Resolution (Explain below.)   ☒ Unable to resolve this informal complaint because: (Explain below.)

Explanation and how resolved. If unable to resolve, explain why not. (Please write legibly.)

SMC SHOWERS TAKE PLACE EVERY 3 DAYS

Signature of staff: LT. S. H.
Date: 7-20-15

## SECTION 3 – ACKNOWLEDGEMENT

This informal complaint has been resolved as acknowledged by the signatures below.

Signature of offender: 
Date:
Signature of unit team member:
Date:

## SECTION 4 – DISAGREEMENT

I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.
☒ I disagree with the resolution

Signature of offender: Daniel Scarpinato
Date: 7-20-15

Exhibit "A"



# OFFENDER GRIEVANCE
State Form 45471 (R3 / 11-14)
DEPARTMENT OF CORRECTION

**FOR OFFICIAL USE ONLY**
Grievance number

| To: | Facility | Date (month, day, year) |
|---|---|---|
| EXECUTIVE ASSISTANT | ISP | 7-20-15 |

From (name of offender and DOC number): Daniel Scarpinato 179508

Signature of offender: Daniel A Scarpinato

Housing assignment: IDU 126

Date of incident (month, day, year): 6-19-15

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)

During my stay in SMC room #1 My Constitutional Writs were violated. I was subject to cruel and unusual punishment. Policy and Administrative Procedures. Disciplinary Code For Adult Offender's Rule was also violated: Title 2-4-101 F. (4) Mail & Hygiene (5) Grievance Proceedings (6.) Deviation from the diet provided to other offenders and last (7.) Humiliation & Mental Abuse. F. (4) My mail was withheld. I was forced to wear the same whites for over 3 days with no clean change. I was forced to go over 72 hours without a shower. I never recieved a clean linin exchange my covers were never washed after 12 days. As a result of poor hygiene I even caught scabes. (5) I was refused a grievence C.O.'s stated they could not give me a writting utensil. (6.) I was forced to eat finger food my whole stay. (7.) Staff played with flushing my toilet specifically Ms. Smith refused toilet paper & water. Talked down to us. I have a couple witnesses if allowed.

**State the relief that you are seeking.**

I would expect staff to be notified about allowing mail and improving hygiene. Ensure grievance procedure is in place and active for us. Diet should return to normal population menue. Staff should be addressed on carrying themselves more professionaly while dealing with SMC inmates inmates. I also ask financial compensation to remedy the hardships I was forced to undergo.

Signature of executive assistant

Date (month, day, year)



# RETURN OF GRIEVANCE
State Form 45475 (R / 1-10)
INDIANA DEPARTMENT OF CORRECTION

| To (Offender name and DOC number): Scarpinato, Daniel #179508 | Facility: ISP | Date (month, day, year): 08/12/2015 |
|---|---|---|
| Work Assignment: | Housing Assignment: ID-126 | |
| Date Grievance Received (month, day, year): 08/12/2015 | Date Grievance Returned (month, day, year): 08/12/2015 | |

The attached grievance has been rejected and is being returned to you because it does not comply in one or more ways with Administrative Procedure 00-02-301, the adult offender grievance procedure. Specifically, the following errors exist:

_____ You have submitted the form too early. The situation you describe does not exist yet, or you have not allowed enough time for an informal resolution. If you cannot show good cause for submitting it now, you must wait until the correct time has come.

__x___ You have submitted the form too late and have not shown any good reason for the delay. Grievance forms must be submitted within the time limits set out in A.P. 00-02-301.

_____ There is no indication that you tried to resolve this complaint informally. If you have tried to resolve it informally, please fill out the grievance form to indicate that. If you have not tried to resolve it informally, you have five days to begin that process. (This error is NOT subject to the 5-day return notice at the bottom of this form.)

_____ Your complaint concerns a Classification or Disciplinary Hearing issue or action. These types of issues or actions are to be appealed through their own appeal process and not through the grievance process.

_____ A sex offender may not grieve the denial of visits with minors.

_____ There is no indication that you were personally affected by the policy, procedure, or action that you describe.

_____ This complaint seems to be submitted on behalf of another person or a group. This type of grievance is not permitted.

_____ The grievance form is not completely filled out. Complete the form and submit it again within 5 working days.

_____ Your complaint or concern contains multiple issues or events. You may separate the issues and submit a separate form for each one that you wish to grieve.

_____ Your statement of complaint or concern is not legible, understandable, or presented in a courteous manner, or it contains excessive legal jargon. It must be written in black, blue, or blue-black ink.

_____ Your complaint or concern is about something that cannot be resolved by the Department of Correction. It deals with something that is beyond the authority of the Department.

_____ The complaint or concern is about something related to another facility. It must be directed to the facility involved. It is your responsibility to forward the form to the correct facility via the United States mail.

_____ The issue in this complaint or concern was addressed previously in Grievance # _____.

_____ You are identified as a grievance abuser. This grievance exceeds the number of active grievances you are allowed to have in the system. To proceed with this grievance, you must withdraw at least one active grievance.

_____ There is not enough information in this form to warrant an investigation. Please provide this additional information:

_____ All informal grievances must go through Unit Team to be reviewed and processed before being sent to this office.

| Signature of the Executive Assistant: *Vickie Long* | Printed Name of the Executive Assistant: Vickie Long |
|---|---|

If you choose to correct the problem(s) listed above, you must do so and re-submit this form within 5 working days.



**OFFENDER COMPLAINT – INFORMAL PROCESS LEVEL**
INDIANA DEPARTMENT OF CORRECTION

INSTRUCTIONS: Offender completes Section I ONLY and sends the form to the appropriate department. If a response is not received, the offender is to contact his/her caseworker.

### SECTION 1 – OFFENDER COMPLAINT (To be completed by offender.)

* Information is required.

**Name of offender*:** Daniel Scarpinato
**DOC number*:** 128598
**Housing assignment*:** NSB #29
**Job*:** Idle

**List the department OR the name of the staff person(s) about which you are complaining, if any.*** Superintendent Ron Neal

**Provide a brief explanation of your complaint.*** (Your complaint MUST be legible. Multi-page statements are NOT acceptable.)

Policy and Administrative Procedures Disciplinary Code for Adult Offender's Rule was violated when I was housed in SMC from 12-8-15 to 12-17-15 Title 02-04-101 F.(8) Mail; My mail was withheld, Hygiene; I was forced to sleep in an unsanitary environment with less than adequate hygiene resources. (5) Grievance Proceedings were denied (6) My diet was deviated from other offenders and last I contracted the scabies parasite relating to (7) Humiliation and Mental Abuse.

**Signature of offender*:** Daniel Scarpinato
**Date:** 12-21-15

### SECTION 2 – REVIEWING STAFF
(To be completed by department head or custody supervisor. Response is due within five (5) business days.)

I, **DANIEL BOJSLAVICH**, have reviewed the above informal complaint and recommend:

☐ Resolution (Explain below.)
☑ Unable to resolve this informal complaint because: (Explain below.)

**Explanation and how resolved. If unable to resolve, explain why not. (Please write legibly.)**

POLICY 02-04-101 SECTION YOU ARE REFERENCING APPLIES TO DISCIPLINARY SANCTIONS WHICH ARE PROHIBITED. DHB SANCTIONS YOU RECEIVED ON 12-17-2015 DO NOT INVOLVE ANY OF THE ITEMS YOU HAVE LISTED. POLICY 02-04-101 PAGES 40, 41 ARE ATTACHED.

**Signature of staff:** [signature]
**Date:** 12-23-2015

### SECTION 3 – ACKNOWLEDGEMENT
This informal complaint has been resolved as acknowledged by the signatures below.

Signature of offender: _____   Date: _____
Signature of unit team member: _____   Date: _____

### SECTION 4 – DISAGREEMENT
I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.
☐ I disagree with the resolution

Signature of offender: _____   Date: _____



**OFFENDER GRIEVANCE**
State Form 45471 (R3 / 11-14)
DEPARTMENT OF CORRECTION

FOR OFFICIAL USE ONLY
Grievance number: 90165

| To: | Facility | Date (month, day, year) |
|---|---|---|
| EXECUTIVE ASSISTANT | ISP | 12-30-15 |

| From (name of offender and DOC number): | Signature of offender |
|---|---|
| Daniel Scarpinato #179505 | Daniel Scarpinato |

| Housing assignment | Date of incident (month, day, year) |
|---|---|
| NSB #7 | 12-8-15 to 12-17-15 |

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided 8½" X 11" sheet of paper may be attached if necessary to explain your grievance.)

The Policy I refer to clearly states, "The following shall not be imposed as disciplinary action. I was housed in SMC, that was a disciplinary action. The following violations I listed were claimed to be SMC regulations. When I was forced to endure this treatment it was a clear violation of the rules our commissioner signed for housing disciplinary inmates. Daniel Bodlovich's attempt to imply that these actions would have to be written as sanctions in order for them to be a violation in policy is an incorrect interpertation of the rules.

State the relief that you are seeking.

Run SMC up to policy or shut it down.

| Signature of executive assistant | Date (month, day, year) |
|---|---|
| Vickie Long | 1-5-2016 |

1-28

| INDIANA DEPARTMENT OF CORRECTION<br>**OFFENDER GRIEVANCE PROGRAM**<br>**GRIEVANCE RESPONSE**<br>State Form # 45472 | GRIEVANCE NUMBER:<br>90165 |
|---|---|

| TO: OFFENDER NAME AND DOC NUMBER:<br>Scarpinato, Daniel #179508 | FACILITY:<br>ISP | GRIEVANCE DATE:<br>12/30/2016 |
|---|---|---|

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT:<br>NS-N7 |
|---|---|

**STAFF PERSON(S) CONTACTED IN RESOLVING THIS GRIEVANCE:**
Mr. D. Bodlovich, Classification Supervisor

Mr. Bodlovich advises policy 02-04-101 section you are referencing applies to Disciplinary Sanctions which are prohibited. Disciplinary Hearing Board sanctions you received on December 17th, 2015 do not involve any of the items you listed.

**BASED ON THE ABOVE FINDINGS, THE FOLLOWING RESOLUTION TO THIS GRIEVANCE IS PROVIDED:**
The policy and Administrative Procedures Disciplinary Code for Adult Offender's rule has not been violated as you state. The Disciplinary Heard Board sanctions you received does not involve the items you listed within this grievance. Grievance Denied.

| PRINTED NAME OF RESPONDER:<br>Vickie Long | SIGNATURE OF RESPONDER:<br>Vickie Long | DATE OF RESPONSE:<br>1-21-2016 |
|---|---|---|

IF YOU DO NOT AGREE WITH THE RESPONSE, YOU MAY FILE AN APPEAL TO THE FINAL REVIEWING AUTHORITY BY SUBMITTING AN APPEAL TO THE FACILITY EXECUTIVE ASSISTANT WITHIN 5 WORKING DAYS FROM THE RECEIPT OF THIS RESPONSE. V.L.



# Indiana Department of Correction
## Offender Grievance Response Report
### Case Log #: 90165

DOC No: 179508    Offender Name:  Daniel Scarpinato              Bldg/Range/Bed: NS-N- 7
Current Facility: ISP

---

**TOPIC:** Operations, Institution - Other Operations                     Incident Date: 17-DEC-15

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| 1 - Formal Grievance | 30-DEC-15 | 05-JAN-16 | 22-JAN-16 |

**Level Response**

Mr. Bodlovich advises policy 02-04-101 section you are referencing applies to Disciplinary Sanctions which are prohibited. Disciplinary Hearing Board sanctions you received on December 17th, 2015 do not involve any of the items you listed.

The policy and Administrative Procedures Disciplinary Code for Adult Offender's rule has not been violated as you state. The Disciplinary Heard Board sanctions you received does not involve the items you listed within this grievance.
Grievance Denied.

_____                              1-22-16
Executive Assistant                                              Date

_____                              _____
Student/Offender                                                 Date

_____ Agree    _____ Disagree

22-JAN-16 07:24 AM                    Page 1 of 1

# III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1. During my incarceration at the Indiana State Prisons G-Dorm in a Special Management Cell (SMC) From June 19th to July 2nd and December 8th to Dec. 17th 2015 My U.S. First and Eighth Amendment Constitutional Rights were violated. I was subject to Cruel & Unusual Punishment and prevented access to the courts and Freedom of Religion by Lieutenants S. Hough and Anthony Watson. The two responsible for; showering, providing hygiene, clean clothing, linen, clean living quarters, and seeing we are treated fair and humanely. Failed to provide the necessities to do so in this manner. Forcing me to go over 72 hours without a shower In an enviornment with already existing mold, bacteria, and germs where there is no ventilation to circulate air. I would have had to shower at least once a day to rid myself of this level of unsanitary exposure and even then may have still been affected. I asked both Watson and Hough if I can to shower daily, explaining my enviornment and was told I could only shower once every three days. I asked both Lieutenants for cleaning supplies and was told by them I was not allowed cleaning materials in (SMC) I asked both Lieutenants if I could have the porter clean my cell and that was also denied. After spending 3 to 5 days in the same clothing because I had to depend on them to provide a change. (which they

3

*Cause(s) of Action with Supporting Facts (continued)*

could not do. Due to their neglegence to ensure laundry was washed. Combined with being forced to sleep on a mattress that had no slip cover. The cotton being infested with dirt and grime. It was taken from the floor in the hall way of (SMC) and put in room #3. From there Lieutenant Watson took the mattress out and before he gave it to me, I had argued the integrity of the matt with him. Specifically, that it came from the floor and had no slip cover on it and that it was very unsanitary. Watson told me despite all of this he was not going to give me another matt and if I did not take that matt he was going to log it as a refusal and I wouldn't get a bed at all. After taking the matt I told Watson I was trying to end up catching scabies. I made this comment because it was not uncommon for someone to contract that parasite in this enviornment. These conditions lead to me contracting the scabies parasite and having to be medically treated by Nurse Debra Pose on 12-16-15. I was also denied to send and receive any mail. I asked several times to access the Federal Courts to notify them of these constitutional violations and may have prevented the scabies outbreak had I not been told no by both Lieutenant Watson and Hough. Along with being denied to exercise my religious study. I requested a Christian Bible and was told I was not allowed any books in (SMC) by both Watson and Hough. Lastly my diet was changed by Watson and Hough to finger foods only. When I questioned this substitution in diet that deviated from the required calories one needs to maintain health. Both Lieutenants Watson and Hough gave the explanation, since I was in (SMC) thats what they do. As a result of the SMC diet. I suffered hunger pains and weight loss. Though I have healed from the physical violations. All the above aforementioned actions have caused mental and emotional distress I have yet to recover from.

4

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

I request the Honorable Judge grant an Injunctive Relief shutting down the SMC unit and deeming it Unconstitutional to house anyone in this capacity. I would also ask compensation from the Defendants for the inhumane treatment I was forced to endure while in their custody. With all other relief just and proper in the provision of the courts.

5

## VI. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

__✓__ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

__✓__ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

__✓__ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

__✓__ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) <u>with</u> a copy of my <u>prison trust fund account statement</u> for the six months preceding the filing of this case.

__✓__ I agree to promptly notify the clerk of any change of address.

__✓__ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

__✓__ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __12__ day of __July__, 20__16__.

_____
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

6